No. 12–504. HARVEST INSTITUTE FREEDMEN FEDERATION, LLC, ET AL. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5739. MIZUKAMI v. EDWARDS ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 12–6833. BETANCORT-SALAZAR v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6883. UDEH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 12–6892. SOLANO-MORETA v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6894. DEGLACE v. JARVIS, WARDEN. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1452. HULIHAN v. CIRCLE K STORES, ante, p. 821;
No. 11–1466. MISSOURI TITLE LOANS, INC. v. BREWER, ante, p. 822;
No. 11–1504. KOCH, AKA BUTRICK v. CITY OF DEL CITY, OKLAHOMA, ET AL., ante, p. 824;
No. 11–1527. UNDER SEAL v. UNDER SEAL ET AL., ante, p. 826;
No. 11–9692. RANA v. DEPARTMENT OF THE ARMY, ante, p. 929;
No. 11–9998. ALLUMS v. PHILLIPS ET AL., ante, p. 830;
No. 11–10041. THOMAS ET UX. v. LOVELESS ET AL., ante, p. 831;
No. 11–10050. GUILLION v. CADE, JUDGE, CIVIL DISTRICT COURT PARISH OF ORLEANS, ante, p. 831;

No. 11–10057.  LITTLE *v.* TOMMY GUNS GARAGE, INC., *ante,* p. 831;

No. 11–10203.  JONES *v.* UNION CITY, GEORGIA, *ante,* p. 836;

No. 11–10270.  RUPPERT *v.* ARAGON, *ante,* p. 838;

No. 11–10311.  DEROUEN *v.* FALLS COUNTY SHERIFF'S DEPARTMENT ET AL., *ante,* p. 839;

No. 11–10324.  BLACKMON *v.* HOREL, WARDEN, *ante,* p. 840;

No. 11–10350.  RIETHMILLER *v.* FLORIDA, *ante,* p. 841;

No. 11–10490.  DIEHL *v.* PENNSYLVANIA, *ante,* p. 845;

No. 11–10511.  BRUNSON *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, *ante,* p. 846;

No. 11–10581.  THOMAS *v.* PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL., *ante,* p. 850;

No. 11–10595.  IN RE TOWNSEL, *ante,* p. 812;

No. 11–10603.  HIGGINS *v.* CONSOLIDATED RAIL CORPORATION ET AL., *ante,* p. 851;

No. 11–10611.  IN RE GALLOWAY, *ante,* p. 812;

No. 11–10632.  DELFIN *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS, *ante,* p. 852;

No. 11–10732.  BRIDGMON *v.* OHIO, *ante,* p. 859;

No. 11–10737.  MELROSE *v.* NEW YORK STATE DEPARTMENT OF HEALTH, OFFICE OF PROFESSIONAL MEDICAL CONDUCT, *ante,* p. 859;

No. 11–10790.  BAMBIC *v.* WOOD, *ante,* p. 862;

No. 11–10814.  IN RE SHELTON, *ante,* p. 812;

No. 11–10819.  SELENSKY *v.* ALABAMA, *ante,* p. 864;

No. 11–10856.  MARLOW *v.* SUPREME COURT OF TENNESSEE ET AL., *ante,* p. 865;

No. 11–10912.  BAEZ *v.* UNITED STATES, *ante,* p. 868;

No. 11–10927.  SINGLETON *v.* EAGLETON, WARDEN, *ante,* p. 869;

No. 11–10940.  JAMES *v.* CALIFORNIA, *ante,* p. 870;

No. 11–11062.  IN RE KIM, *ante,* p. 811;

No. 11–11080.  DAVIS *v.* KIA MOTORS OF AMERICA ET AL., *ante,* p. 878;

No. 11–11086.  KELLEY *v.* UNITED STATES, *ante,* p. 878;

No. 11–11097.  ISMAY *v.* UNITED STATES, *ante,* p. 879;

No. 11–11152.  WRIGHT *v.* MERIT SYSTEMS PROTECTION BOARD, *ante,* p. 882;

No. 12–20.  COULTER *v.* KELLY, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL., *ante,* p. 883;

No. 12–58.  GONZALEZ *v.* DEPARTMENT OF HOMELAND SECURITY, *ante,* p. 885;

No. 12–75.  WALTNER ET UX. *v.* UNITED STATES, *ante,* p. 886;

No. 12–91.  VETA *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 886;

No. 12–92.  J. C. *v.* BUTLER COUNTY CHILDREN AND YOUTH SERVICES ET AL., *ante,* p. 886;

No. 12–103.  LESKINEN *v.* HALSEY ET AL., *ante,* p. 887;

No. 12–120.  GEORGE *v.* DONAHOE, POSTMASTER GENERAL, ET AL., *ante,* p. 887;

No. 12–121.  HARMAN *v.* BUNCH ET AL., *ante,* p. 887;

No. 12–196.  CAREY *v.* RYAN, *ante,* p. 889;

No. 12–5056.  KORDENBROCK *v.* BROWN ET AL., *ante,* p. 892;

No. 12–5114.  HARVEY *v.* UNITED STATES, *ante,* p. 895;

No. 12–5148.  NENG POR YANG *v.* NUTTER ET AL., *ante,* p. 897;

No. 12–5175.  GORBEY *v.* WEST VIRGINIA ET AL., *ante,* p. 898;

No. 12–5180.  HONESTO *v.* ADAMS, WARDEN, ET AL., *ante,* p. 899;

No. 12–5202.  FALCON *v.* UNITED STATES, *ante,* p. 900;

No. 12–5212.  WOODFIN *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 900;

No. 12–5233.  WILLIAMS *v.* CITY UNIVERSITY OF NEW YORK, BROOKLYN COLLEGE, *ante,* p. 902;

No. 12–5245.  SMART *v.* WILSON, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL., *ante,* p. 902;

No. 12–5277.  MAURELLO *v.* UNITED STATES, *ante,* p. 904;

No. 12–5288.  MUTHUKUMAR *v.* DESS ET AL., *ante,* p. 905;

No. 12–5328.  HAND *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, *ante,* p. 907;

No. 12–5343.  DOWELL *v.* GARCIA, WARDEN, *ante,* p. 908;

No. 12–5391.  BUTLER *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS, ET AL., *ante,* p. 910;

No. 12–5395.  ARAFAT *v.* STATE FARM INSURANCE CO. ET AL., *ante,* p. 910;

No. 12–5502.  DE LA ROSA *v.* NEW YORK CITY POLICE DEPARTMENT ET AL., *ante,* p. 915;

No. 12–5504.  ZELEKE *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL., *ante,* p. 915;

No. 12–5505.  ZELEKE *v.* NASA HEADQUARTERS, *ante,* p. 915;
No. 12–5509.  SPIVEY *v.* FLORIDA, *ante,* p. 915;
No. 12–5512.  ZELEKE *v.* ZENAWI, *ante,* p. 945;
No. 12–5548.  WILLIAMS *v.* UNITED STATES, *ante,* p. 917;
No. 12–5586.  GREGORY *v.* MERIT SYSTEMS PROTECTION BOARD, *ante,* p. 918;
No. 12–5613.  ADKINS *v.* JOHNSON ET AL., *ante,* p. 948;
No. 12–5718.  IN RE MUTHUKUMAR, *ante,* p. 940;
No. 12–5723.  MARTINEZ *v.* UNITED STATES, *ante,* p. 922; and
No. 12–5791.  BUCZEK *v.* UNITED STATES, *ante,* p. 924.  Petitions for rehearing denied.

No. 11–10049.  HONESTO *v.* FOGEL, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ET AL., *ante,* p. 929.  Petition for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 12–5270.  CARDONA *v.* UNITED STATES, *ante,* p. 904.  Petition for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5332.  STEELE *v.* TURNER BROADCASTING SYSTEM, INC., ET AL.; STEELE *v.* VECTOR MANAGEMENT ET AL.; STEELE *v.* BONGIOVI ET AL.; and STEELE *v.* RICIGLIANO, *ante,* p. 933.  Petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 12–5370.  FRANKEL, AKA STEVENS, AKA KING *v.* UNITED STATES, *ante,* p. 933.  Petition for rehearing denied.  JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

NOVEMBER 30, 2012

*Certiorari Granted*

No. 12–142.  MUTUAL PHARMACEUTICAL CO., INC. *v.* BARTLETT.  C. A. 1st Cir.  Certiorari granted.

No. 12–398.  ASSOCIATION FOR MOLECULAR PATHOLOGY ET AL. *v.* MYRIAD GENETICS, INC., ET AL.  C. A. Fed. Cir.  Certiorari granted limited to Question 1 presented by the petition.